IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISHMAEL B. TAYLOR | : | |
| | : | CIVIL ACTION NO. 07-5211 |
| v. | : | |
| | : | |
| SUPERINTENDENT JOSEPH J. PIAZZA, | : | |
| ET AL. | : | |

**O R D E R**

**AND NOW**, this   25th   day of   May  , 2012, upon careful and independent consideration of the above captioned Petition for Writ of Habeas Corpus (ECF No. 1), and after review of the full record including the Report and Recommendation of Magistrate Judge Elizabeth Hey (ECF No. 22), Petitioner's Objections to the Report and Recommendation (ECF No. 26), and Petitioner's Motion to Appoint Counsel (ECF No. 28), it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED**.

2. Petitioner's Objections are **OVERRULED**.

3. The Petition For Writ Of Habeas Corpus is **DISMISSED**.

4. Petitioner's Motion for Appointment of Counsel is **DENIED**.

5. A certificate of appealability shall not issue.

**IT IS SO ORDERED.**

BY THE COURT:


/s/ R. Barclay Surrick
**U.S. District Judge**